# EXHIBIT B

## Yopima, LLC v. SpotHero, Inc.
## Infringement Chart for U.S. Patent No. 9,119,038

| U.S. Patent No. 9,119,038 | Defendant's Infringing Method |
|---|---|
| 13. A method for tracking locations of a plurality of devices within overlapping geofences, comprising: | SpotHero, Inc. provides a mobile application that uses device location in connection with parking reservations at specified parking facilities, including reserved parking garages. SpotHero's published materials and the screenshots and videos below show that user devices are associated with specific reserved parking locations and that device location is used as part of the parking and entry workflow.<br><br>For example, SpotHero, Inc. Provides SpotHero app for tracking locations of a plurality of devices (smart phone with SpotHero app) within overlapping geofences.<br><br><br><br>Source: https://spothero.com/get-spothero-app |

| U.S. Patent No. 9,119,038 | **Defendant's Infringing Method** |
|---|---|
| |  |

Source: https://spothero.com/

Source: https://apps.apple.com/us/app/spothero-1-rated-parking-app/id499097243

| U.S. Patent No. 9,119,038 | **Defendant's Infringing Method** |
|---|---|
| [13A] receiving, by a portable computing device, an identification of a first geofence defining a first region; | Plaintiff contends that a portable computing device [Smartphone with SpotHero app] receives an identification of a first geofence defining a first region.<br><br>When a user makes a parking reservation, the server of the SpotHero app will provide all the available parking Garages on the map near the destination, each parking location (Garage) is a geofence defining a region, all the available parking locations on the map constitute the first geofence defining the first region, Accordingly, the Smartphone receives an identification of a first geofence defining a first region.<br><br><br><br>SpotHero for Business \| How to Park for Work<br><br>Source: https://www.youtube.com/watch?v=UzDHAD5TxO0 |

| U.S. Patent No. 9,119,038 | **Defendant's Infringing Method** |
|---|---|
| [13B] determining a current location of the portable computing device; | The portable computing device (Smartphone) determines its current location such that the SpotHero app can navigate the user to the reserved parking location.<br><br><br><br>SpotHero for Business \| How to Park for Work<br><br>Source: https://www.youtube.com/watch?v=UzDHAD5TxO0 |

| U.S. Patent No. 9,119,038 | **Defendant's Infringing Method** |
|---|---|
| [13C] comparing the current location of the portable computing device to the identified first geofence; and | During the period of navigation to the reserved garage, the SpotHero app portable computing device (Smartphone) compares the current location of the Smartphone to the identified first geofence (reserved garage in the first geofence) to navigate the user to the reserved garage.<br><br><br><br>SpotHero for Business \| How to Park for Work<br><br>Source: https://www.youtube.com/watch?v=UzDHAD5TxO0 |
| [13D] transmitting, by the portable computing device to a second | Responsive to determining that the current location of the portable computing device(smartphone) is within the identified first region (determining that the smartphone is in the reserved garage within the identified first region), the SpotHero app |

| U.S. Patent No. 9,119,038 | **Defendant's Infringing Method** |
|---|---|
| computing device, an arrival notification, responsive to determining that the current location of the portable computing device is within the identified first region, | provides "SpotHero pass" to reserved garage scanner to transmit to second computing device ( reserved garage manage computer ) an arrival notification ("SpotHero pass" show that the smartphone has arrived in the reserved garage).  **SpotHero for Business \| How to Park for Work** Source: https://www.youtube.com/watch?v=UzDHAD5TxO0 |

| U.S. Patent No. 9,119,038 | Defendant's Infringing Method |
|---|---|
| [13E] the arrival notification including an identification of the current location of the portable computing device within one of a plurality of subregions of the first region defined by a corresponding plurality of geofences. | The arrival notification includes an identification of the current location (SpotHero pass include location the reserved garage) of the portable computing device within one of a plurality of subregions of the first region defined by a corresponding plurality of geofences.<br><br>See [13A], the first region includes all the available parking locations (a plurality of subregions) on the map, the reserved garage is an available parking location(subregions) within the first region.<br><br><br>SpotHero for Business \| How to Park for Work<br><br>Source: https://www.youtube.com/watch?v=UzDHAD5TxO0 |